UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| SPENCER NEAL, | ) | CASE NO. 1:21-CV-00021 |
| | ) | |
| Plaintiff, | ) | JUDGE ROBERT J. JONKER |
| | ) | |
| Vs. | ) | |
| | ) | |
| HORIZON BATTLE CREEK LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the plaintiff, by and through counsel, and hereby gives Notice of

Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(i). The parties have resolved the dispute and, as

such, Plaintiff now desires the dismissal of all claims against Defendant with prejudice without

costs or attorneys fees.

Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, SPENCER NEAL